IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STEELWORKERS OF AMERICA, ) <br> LOCAL 745L, ) <br> ) <br> Defendant. ) | CASE NO. _____ <br><br> NOTICE OF FILING |

TO:   Stephen A. Yokich
      Cornfield and Feldman
      Suite 1400
      25 East Washington Street
      Chicago, IL  60602-1803

      Steve Vanderheyden
      President of the United Steel Workers
      Local 745 – Freeport, IL
      2496 East Maize Road
      Freeport, IL  61032

Please take notice that on April 23, 2008, we filed with the court a Motion to Vacate Arbitration Award, Civil Cover Sheet and Notification of Affiliates-Disclosure Statement.

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 672-1483
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com

#370147-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
101 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

CERTIFICATE OF SERVICE

The undersigned caused a copy of the foregoing document to be served on all persons listed below on April 23, 2008, as follows:

United Steel Workers
Local 745 – Freeport, IL
2496 East Maize Road
Freeport, IL   61032 (via facsimile 815-232-7762 and hand delivery)

Stephen A. Yokich
Cornfield and Feldman
Suite 1400
25 East Washington Street
Chicago, IL   60602-1803 (via facsimile 312-236-6686 and email: syokich@cornfieldandfeldman.com)

Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Serve are true and accurate.

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 672-1482
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com