Howard & Howard
Law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

The Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

|  |  |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STEELWORKERS OF AMERICA, )<br>LOCAL 745L, )<br>)<br>Defendant. ) | CASE NO. _____ |

## NOTIFICATION OF AFFILIATES-DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Titan Tire Corporation of Freeport, furnishes the following in compliance with Local Rule 3.2 of the Local General Rules.

A. In the case of a corporation:

   1. any parent, or

   **Titan Tire Corporation of Freeport owned by Titan Tire Corporation owned by Titan International, Inc.**

   2. any entity owning more than 5% of the corporation.

   **Not applicable.**

B. In the case of a partnership, joint venture, LLC or LP, any member.

If any such affiliate is itself a partnership, joint venture, LLC, LLP or any other unincorporated association, its "affiliates" (as defined above) shall also be included within the definition of "affiliate."

   **Not applicable.**

#370173-v1

TITAN TIRE CORPORATION OF FREEPORT

By: /s/ Michael R. Lied
    Michael R. Lied

Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
IL Atty Reg. No.:  6197844

Howard & Howard
law for business

One North Main
Suite 300
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
51 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568