IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, | ) |
| | ) CASE NO. 3:08-CV-50072 |
| Plaintiff, | ) |
| | ) NOTICE OF FILING |
| v. | ) |
| | ) |
| UNITED STEELWORKERS OF AMERICA, LOCAL 745L, | ) |
| | ) |
| Defendant. | ) |

TO:  Stephen A. Yokich
Cornfield and Feldman
Suite 1400
25 East Washington Street
Chicago, IL  60602-1803

Steve Vanderheyden
President of the United Steel Workers
Local 745 – Freeport, IL
2496 East Maize Road
Freeport, IL  61032

Please take notice that on April 23, 2008, we filed with the court a Motion to Vacate Arbitration Award, Civil Cover Sheet and Notification of Affiliates-Disclosure Statement.

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 672-1483
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com

#370147-v1

CERTIFICATE OF SERVICE

The undersigned caused a copy of the foregoing document to be served on all persons listed below on April 23, 2008, as follows:

United Steel Workers
Local 745 – Freeport, IL
2496 East Maize Road
Freeport, IL   61032 (via facsimile 815-232-7762 and hand delivery)

Stephen A. Yokich
Cornfield and Feldman
Suite 1400
25 East Washington Street
Chicago, IL   60602-1803 (via facsimile 312-236-6686 and email: syokich@cornfieldandfeldman.com)

Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Serve are true and accurate.

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL 61602-1350
Telephone: (309) 672-1482
Facsimile: (309) 672-1568
E-mail: MLied@howardandhoward.com