UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STEELWORKERS OF AMERICA, LOCAL 745L, <br><br> Defendant. | CASE NO. 3:08-CV-50072 |

## NOTIFICATION OF AFFILIATES-DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Titan Tire Corporation of Freeport, furnishes the following in compliance with Local Rule 3.2 of the Local General Rules.

A. In the case of a corporation:

  1. any parent, or

  **Titan Tire Corporation of Freeport owned by Titan Tire Corporation owned by Titan International, Inc.**

  2. any entity owning more than 5% of the corporation.

  **Not applicable.**

B. In the case of a partnership, joint venture, LLC or LP, any member.

If any such affiliate is itself a partnership, joint venture, LLC, LLP or any other unincorporated association, its "affiliates" (as defined above) shall also be included within the definition of "affiliate."

  **Not applicable.**

#370173-v1

TITAN TIRE CORPORATION OF FREEPORT

By: /s/ Michael R. Lied
　　　Michael R. Lied

Howard & Howard

Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
IL Atty Reg. No.: 6197844