# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 3:08-cv-50072

Titan Tire Corporation of Freeport,

   v.

United Steelworkers of America
Local 745L.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Titan Tire Corporation of Freeport

| NAME (Type or print) |  |
|---|---|
| Michael R. Lied |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael R. Lied | |
| FIRM | |
| Howard and Howard Attorneys, P.C. | |
| STREET ADDRESS | |
| 211 Fulton Street, Suite 600 | |
| CITY/STATE/ZIP | |
| Peoria, IL 61602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197844 | 309-672-1483 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |