*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

Northern District of Illinois Western Division

Case Number: **08 CV 50072**

**Titan Tire Corporation Of Freeport vs United Steel Workers Of America, Local 745L**

Person Served: **Steve Vanderheyden**

Address: **President of the United Steel Workers Local 745 2496 East Maize Road**

City/State/Zip: **Freeport, IL 61032**

I, Aimee Sager, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Motion To Vacate & Notice Of Filing & Disclosure Statement & Exhibits 1-4** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

**X** Personal Service: Left copy of the document(s) with above personally.

Date **4/23/08**   Time: **4:08 pm**

Date Of Birth: **4-11-57**   Sex: **(M)** F   Race: **W**   Height: **6'0"**   Weight: **225**   Hair: ____

____ Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name: _____  Relation: _____ (live-in)

Date ___/___/___   Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

Date copy mailed ___/___/___

____ Service on:   Corporation ____   Company ____   Business ____   Other ____

Left a copy of the document(s) with the following:
Registered Agent ____   Officer ____   Owner ____   Authorized Person ____   Cert. Mail ____

Name: _____  Title: _____

Date ___/___/___   Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

Subscribed and sworn before me this **24** day of **April**, 20**08**

*Amanda Muller*
Notary Public

*Aimee Sager*
Registered Employee
Brian W. Stewart & Associates, Inc.
Fee: $ **125.00**
Our Job #: 65682

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/14/10