## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 3:08-cv-50072

Titan Tire Corporation of Freeport, Plaintiff,

     v.

United Steel Workers of America, Local 745L, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant United Steel Workers of America, Local 745L

| |
|---|
| NAME (Type or print)<br>Stephen A. Yokich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Stephen A. Yokich |
| FIRM<br>CORNFIELD AND FELDMAN |
| STREET ADDRESS<br>25 East Washington Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60602-1803 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181707 | TELEPHONE NUMBER<br>(312) 236-7800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐