IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>UNITED STEELWORKERS OF AMERICA,<br>LOCAL 745L,<br><br>Defendant/Counterplaintiff, | )<br>)<br>)<br>)<br>) CASE NO. 3:08-CV-50072<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF/COUNTERDEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

Titan Tire Corporation of Freeport ("Titan Tire"), moves for summary Judgment, pursuant to Federal Rule of Civil Procedure 56, and Local Rule of the Northern District of Illinois 56.1(a) as follows:

1. On April 23, 2008, Titan Tire filed its Motion to Vacate Arbitration Award.

2. On May 14, 2008, the United Steelworkers of America, Local 745L ("Union") filed its Answer and Counterclaim. Titan Tire answered the Counterclaim May 19, 2008

3. Titan Tire's Motion contests Arbitrator Ellen Alexander's issuance of an Award, dated January 24, 2008, in favor of the Union. (*See* Ex. 3 to Motion to Vacate Arbitration Award.)

4. The undisputed material facts show that the Arbitrator exceeded her authority by modifying the terms of a Benefits Agreement ancillary to the parties' Collective Bargaining Agreement ("CBA").

#387242-v1

5. As a result, the Award does not draw its essence from the CBA.

6. Titan Tire hereby incorporates in its entirety its Statement of Undisputed Facts and its Memorandum of Law in Support of Motion for Summary Judgment.

WHEREFORE, Titan Tire Corporation of Freeport requests that the Court grant its Motion for Summary Judgment, and enter an Order vacating the January 24, 2008, award of Arbitrator Ellen Alexander as improperly modifying the terms of a Benefits Agreement ancillary to the parties' Collective Bargaining Agreement.

Respectfully submitted,

TITAN TIRE CORPORATION OF FREEPORT,
Plaintiff/Counterdefendant


/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL 61602-1350
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
E-mail: MLied@howardandhoward.com

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed Plaintiff/Counterdefendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Stephen A. Yokich
Cornfield and Feldman
Suite 1400
25 East Washington Street
Chicago, IL  60602-1803

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 999-6311
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com